IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steven N. Fox,<br><br>    Plaintiff,<br><br>v.<br><br>Andrew F. Fireman,<br><br>    Defendant. | Civil Action No. 1:12-cv-10027-NMG<br><br>NOTICE OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Steven N. Fox, hereby dismisses the complaint against defendant, Andrew F. Fireman <u>without</u> prejudice.

Respectfully submitted,

Dated: 04-04-2012

/s/ *Steven N. Fox*
*PRO SE*
62 South Main Street
Sharon, MA 02067
(781) 821-8920
E-Mail: sfox@foxpatent.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed through the ECF system and will be sent electronically to registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 4, 2012.

/s/ Steven N. Fox
Steven N. Fox